DAVID B. BARLOW, United States Attorney (#13117)
PAIGE PETERSEN, Assistant United States Attorney (#14564)
Attorneys for the United States of America
185 South State Street, Suite #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-4137

SEALED

FILED
U.S. DISTRICT COURT

2014 JAN -8  D 3: 25

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | VIO. 18 U.S.C. §§ 113(a)(6) and 1153(a), Assault Resulting in Serious Bodily Injury While Within Indian Country. |
| vs. | |
| RANDY MORGAN, | Case: 2:14cr00010<br>Assigned To : Waddoups, Clark<br>Assign. Date : 1/8/2014<br>Description: USA v. |
| Defendant. | |

The Grand Jury Charges:

### COUNT I
18 U.S.C. §§ 113(a)(6) and 1153(a)
(Assault Resulting in Serious Bodily Injury While Within Indian Country)

On or about November 23, 2013, in the Central Division of the District of Utah,

RANDY MORGAN,

the defendant herein, an enrolled member of the Navajo Tribe, while within Indian Country, did assault C.M. causing serious bodily injury; all in violation of 18 U.S.C. §§ 113(a)(6) and 1153(a).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

DAVID B. BARLOW
UNITED STATES ATTORNEY

PAIGE PETERSEN
Assistant United States Attorney